United States District Court
For the Northern District of California

1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   RICHARD GLASSMAN, MORRIS JACOBS,        No. C 06-02304 WHA
     MICHAEL HALL, IGNACIA REYES,
11
12            Plaintiffs,
                                             **ORDER CONTINUING CASE**
13      v.                                   **MANAGEMENT CONFERENCE**

14   SAN FRANCISCO CITY & COUNTY,
     ELSON HAO, JIM WACHOB, ALAN
15   DeGUZMAN, TOM HIDAYAT,

16            Defendants.
                                    /
17
18        The Court CONTINUES the case management conference to AUGUST 17, 2006, AT

19   11:00 A.M.  Please file a joint case management statement no later than August 10, 2006.

20        THERE WILL BE NO FURTHER CONTINUANCES.

21
22        IT IS SO ORDERED.

23
24   Dated:  June 14, 2006.                  _____
                                             WILLIAM ALSUP
25                                           UNITED STATES DISTRICT JUDGE
26
27
28