IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GLASSMAN, MORRIS JACOBS, MICHAEL HALL, IGNACIA REYES,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO CITY & COUNTY, ELSON HAO, JIM WACHOB, ALAN DeGUZMAN, TOM HIDAYAT,<br><br>Defendants. | No. C 06-02304 WHA<br><br>**ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

The Court is unavailable to conduct the hearing on defendants' motion to dismiss on the stipulated date of August 10, 2006. The hearing on defendants' motion is instead rescheduled for **AUGUST 17, 2006 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: July 17, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE